IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SONY/ATV MUSIC PUBLISHING LLC; )
SONY/ATV TUNES LLC d/b/a )
Sony/ATV Harmony; SONY/ATV )
SONGS LLC d/b/a Sony/ATV Melody; )
SONY/ATV SOUNDS LLC d/b/a )
Sony/ATV Rhythm; SONY/ATV ) No. 3-12-0089
DISCOS MUSIC PUBLISHING LLC; )
and SONY/ATV LATIN MUSIC )
PUBLISHING LLC )
 )
v. )
 )
KTS KARAOKE, INC d/b/a )
KTSKARAOKE.COM; and TIMMY )
SUN TON )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' revised case management order (Docket Entry No. 20), which the parties filed after the discussions at the initial case management conference held on March 26, 2012.

Pending before the Court is the defendants' motion to dismiss or to transfer (Docket Entry No. 9), along with the plaintiffs' response.

The defendants shall have until April 11, 2012, to file a reply to the plaintiffs' response, if necessary.

No other filings in support of or in opposition to the defendants' pending motion to dismiss or to transfer shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

If the defendants' motion is denied, a further case management conference will be scheduled to address the status of the case, including but not limited to whether the parties will use any experts and, if so, whether a deadline for disclosing further rebuttal experts is appropriate, the potential for settlement, propriety of ADR, and any other appropriate matters.

Counsel for the parties shall notify the office of the Magistrate Judge upon the resolution of the defendants' pending motion to dismiss or to transfer so that a case management conference can be expeditiously scheduled.

As provided in the contemporaneously entered order, the deadline for filing all dispositive motions is April 30, 2013. Any response shall be filed within 30 days of the filing of the motion or by May 30, 2013, if the motion is filed on April 30, 2013. Any reply, if necessary, shall be filed within 21 days of the filing of the response or by June 20, 2013, if the response is filed on May 30, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made except with Chief Judge Campbell's express permission.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.[1]

There shall be no stay of discovery before the March 29, 2013, deadline for completion of fact discovery or the January 18, 2013, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

Based on the above deadlines and scheduling conflicts for plaintiffs' counsel in September of 2013, it is recommended that a jury trial be scheduled no earlier than October 15, 2013. The parties estimate that the trial will last nine (9) days.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the defendants' pending motion to dismiss or to transfer and accompanying filings (Docket Entry Nos. 9-11), the plaintiffs' response and accompanying filings (Docket Entry Nos. 14-18), and any reply to be filed, if necessary, no later than April 11, 2012.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Defendants' counsel understands that the defendants are precluded from filing any additional motions to dismiss.